**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03122-GPG

LINDSAY HARDING,

    Plaintiff,

v.

COLORADO,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    The issue before the Court is Plaintiff's "Motion to Amend and/or Supplement Complaint Pursuant to Fed. R. Civ. Proc. 15," ECF No. 7, filed with the Court on December 8, 2014. Prior to a responsive pleading being served, a plaintiff may amend a complaint once as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a)(1). If Plaintiff desires to amend his Complaint he may do so without seeking permission of the Court. Therefore, the Motion is DENIED as unnecessary.

    Nonetheless, Plaintiff shall have thirty days from the date of this Minute Order to amend the Complaint. If Plaintiff fails to comply within the time allowed, the Court will proceed to review the merits of the original Complaint filed on November 19, 2014.

Dated: December 9, 2014