**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03122-GPG

LINDSAY HARDING,

    Plaintiff,

v.

COLORADO,

    Defendant.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    The issue before the Court is Plaintiff's "Motion Status of Case," ECF No. 11, filed with the Court on February 11, 2015.  The Court entered an Order to Show Cause, ECF No. 10, on February 6, 2015.  Therefore, the Motion is DENIED as moot.

Dated:  February 12, 2015