IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03122-MSK-MJW

LINDSAY HARDING,

Plaintiff(s),

v.

SCOTT GESSLER, in his official capacity,

Defendant(s).

ORDER SETTING STATUS CONFERENCE
FOR PRO SE PLAINTIFF

Entered by Magistrate Judge Michael J. Watanabe

The above-captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the Order Referring Case entered by Chief Judge Marcia S. Krieger on April 13, 2015 (Docket No. 26).

IT IS HEREBY ORDERED that a Status Conference shall be held on:

> May 13, 2015, at 10:30 a.m.
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFF(S) SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>

FURTHER, it is ORDERED that the Clerk of the Court shall add the following interested party to the manual notification for this case for continuing manual notice until further ordered:

TO THE CASE MANAGER/
INMATE COORDINATOR OF:
Lindsay Harding
#150670
Buena Vista Correctional Complex - Main & Boot
P.O. Box 2017
Buena Vista, CO 81211

    FURTHER, it is ORDERED that the Plaintiff shall appear telephonically, and the plaintiff's case manager or other correctional staff shall make the appropriate arrangements to permit plaintiff's attendance at the Scheduling Conference by calling the court on the date/time set above at (303) 844-2403.

    Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification.  See D.C.COLO.LCivR 83.2.  Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

    Done and signed this 13th day of April, 2015.

        BY THE COURT:

        s/Michael J. Watanabe
        MICHAEL J. WATANABE
        United States Magistrate Judge