IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-03122-MSK-MJW

LINDSAY HARDING,

    Plaintiff,

v.

SCOTT GESSLER, in his official capacity,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the ElectronicText Order by Chief Judge Marcia S. Krieger (**Doc. #38**) filed on June 18, 2015, adopting the recommendation issued by the Magistrate Judge (**Doc. #37**) it is

ORDERED that:

The Recommendation of Magistrate Judge Watanabe (**Doc. #37**) is **ADOPTED** in accordance with (**Doc. #38**). The Amended Complaint (**Doc. #9**) is DISMISSED *sua sponte*.

The case will be closed.

Dated this 19th day June, 2015.

                          ENTERED FOR THE COURT:
                          JEFFREY P. COLWELL, CLERK


                          s/Patricia Glover
                            Deputy Clerk